Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL II

| | | |
|---|---|---|
| CARMEN MARGARITA COLÓN RUDÓN<br><br>Recurrida<br><br>Vs.<br><br>JOSÉ ENRIQUE ORTIZ REYES<br><br>Peticionario | KLCE202401216 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Municipal de Coamo<br><br>Caso Núm. AI2021CV00184<br><br>Sobre: Liquidación de Comunidad de Bienes |

Panel integrado por su presidente, el Juez Bermúdez Torres, la Jueza Martínez Cordero y el Juez Cruz Hiraldo.

Cruz Hiraldo, Juez Ponente

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 21 de noviembre de 2024.

Considerado el recurso de *Certiorari*, presentado por la parte peticionaria, José Enrique Ortiz Reyes, *denegamos* su expedición. Regla 52.1 de Procedimiento Civil, 32 LPRA Ap. V, R. 52.1.[1]

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Dispone en lo aquí pertinente:
**Al denegar la expedición de un recurso de certiorari en estos casos, el Tribunal de Apelaciones no tiene que fundamentar su decisión.**

Número Identificador

RES2024 _____